# Exhibit A

# NGAGE

## WORKSITE EMPLOYEE ACKNOWLEDGMENT AND AGREEMENT

I understand that _____ (the "Client") has entered into a Client Service Agreement ("Agreement") with ENGAGE PEO and/or its subsidiaries and affiliated companies, (collectively referred to as "ENGAGE"), whereby ENGAGE has agreed, within the meaning of applicable law, to become a co-employer of individuals who will perform services for the Client. (I understand that under applicable law, I may be referred to as a "leased" employee.)

In consideration of my hiring by ENGAGE, I acknowledge and agree to the following: I understand and agree that: (i) I am an **AT-WILL** employee and no contract of employment exists between me and the Client, or between ENGAGE and me, and ENGAGE has no liability with regard to any employment agreement, now and in the future; (ii) in the future, any employment agreement between me and ENGAGE will not be effective unless it is in a writing signed by me and ENGAGE's CEO; likewise, any employment agreement between me and the Client will not be effective unless it is in a writing signed by me and the appropriate member of the Client's management; in no event, however, will such an agreement between me and the Client be binding on ENGAGE; (iii) either ENGAGE, the Client, or I may terminate our co-employment relationship at any time, with or without notice and with or without cause, as I am an at-will employee; (iv) continued employment with the Client is an essential requirement for employment with ENGAGE, and that if my employment with the Client ends, my employment with ENGAGE will also immediately end at that time; and (v) the employment relationship with ENGAGE may end at any time for any reason. As further consideration for my hiring by ENGAGE, I agree that I will settle any and all previously unasserted claims, disputes or controversies arising out of or relating to my application/consideration for employment, employment and/or separation from employment, **exclusively by final and binding arbitration** before a neutral Arbitrator; this does not preclude use of the EEOC or similar state agency administrative procedure. By way of example only, such claims include claims under federal, state and local statutory or common law, such as those prohibiting employment discrimination/harassment/retaliation, wage and hour laws, the law of contract and the law of torts.

I understand and agree that all of my compensation for work done for the Client must be paid by ENGAGE. If I accept compensation from any source other than ENGAGE for work performed for the Client without ENGAGE's written consent, I understand and agree that my co-employment with ENGAGE will be automatically and immediately terminated. I also agree that while I am a leased employee of ENGAGE, if ENGAGE does not receive payment from the Client for services that I perform as a leased employee and if required by applicable law in the state in which I work, ENGAGE will pay me the applicable minimum wage (or the legally required minimum salary) for any such pay period, and I agree to this method of compensation. I understand and agree that ENGAGE has no obligation to pay me any other compensation or benefit unless ENGAGE has specifically, in a written agreement with me, adopted the Client's obligation to pay me such compensation or benefit. I understand that the Client at all times remains obligated to pay me my regular hourly rate of pay (including overtime) if I am a non-exempt employee and to pay me my full salary if I am an exempt employee even if ENGAGE is not paid by the Client. I understand and agree that ENGAGE does not assume responsibility for payment of bonuses, commissions, severance pay, deferred compensation, profit sharing, vacation, sick, or other paid time off pay, or for any other payment or compensation, where payment for such items or services has not been received by ENGAGE from the Client. I understand that the first ninety (90) days of employment are an introductory period. I have been informed and I agree that if my assignment with the Client ends for any reason, I must report back to ENGAGE within seventy-two (72) hours for possible reassignment, and that unemployment benefits may be denied me if I fail to do so. Also, if I do not notify ENGAGE within such time, ENGAGE may assume I have voluntarily resigned.

In recognition of the fact that any work related injuries that might be sustained by me are covered by state workers' compensation statutes, and to avoid the circumvention of such state statutes that may result from suits against the customers or clients of ENGAGE or against ENGAGE based on the same injury or injuries, and to the extent permitted by law, I **hereby waive and forever release any rights I might have** to make claims or bring suit against any client or customer of ENGAGE and against ENGAGE for damages based upon injuries that are covered under such workers' compensation statutes. I also agree to comply with any drug testing policy that ENGAGE and/or the Client may adopt, and I specifically agree to and give my authority to allow post-accident drug testing in any situation where it is allowed by law.

I agree to abide by all anti-discrimination and anti-harassment policies. In addition, I also agree that if at any time during the application process and during my employment I am subjected to any type of discrimination, including, without limitation, discrimination because of race, sex, pregnancy, age, genetic information, religion, color, retaliation, national origin, citizenship, handicap, disability, veteran or military status, marital status, or any other status protected by applicable law, or if I am subjected to any type of harassment, including without limitation, sexual harassment, or if I am subjected to any type of retaliation, I will immediately contact an appropriate member of management of the Client. In most instances, this appropriate person will be the president of the Client Company. Should I choose not to contact the Client for any reason, I may contact ENGAGE's human resources director at 1-888-780-8807 in order to obtain assistance in the resolution of such matters. I understand and agree that ENGAGE does not have actual control over my workplace and, as such, is not in a position to end or remediate any discrimination, harassment, or retaliation which may be occurring. The responsibility to resolve and/or end such inappropriate conduct rests with the Client, however, ENGAGE will attempt to facilitate a resolution.

I understand and agree that if I am accepted as a leased employee of ENGAGE, I am expressly prohibited from performing any work outside the state in which I am originally assigned to the Client during my status as a leased employee except as is allowed pursuant to the workers' compensation policy provided to me by ENGAGE (if ENGAGE is providing workers' compensation coverage) or except as may be allowed in writing by ENGAGE and ENGAGE's workers' compensation carrier. If I work for the Client outside the state in which I am originally assigned to the Client without first securing this approval, I understand that I will no longer be a leased employee of ENGAGE, and may not be provided workers' compensation benefits through ENGAGE or ENGAGE's workers' compensation carrier. My leased employment with ENGAGE will be considered immediately terminated upon commencement of my trip outside my originally assigned state to perform work for the Client where prior approval has not been received as set forth herein.

I certify that all the information on this document, my resume, application, and all supporting documents are correct, and I understand that any misrepresentation or omission of any information may result in my termination.

I have read and acknowledge all of the above statements contained in this Worksite Employee Acknowledgement and Agreement. My signature below certifies that I understand that the foregoing statement on employment at-will status is the sole and entire understanding between me and the Worksite Employer and me and ENGAGE PEO concerning the duration of my employment and the circumstances under which my employment may be terminated.

_Rebecca Stoever_  
Worksite Employee Signature

10/16/2019  
Date

NGAGE 

## Employee Acknowledgment

I understand that Mission Health has entered into a Client Service Agreement ("Agreement") with ENGAGE PEO and/or its subsidiaries and affiliated companies, (collectively referred to as "ENGAGE"), whereby ENGAGE has agreed, within the meaning of applicable law, to become a co-employer of individuals who will perform services for Mission Health. (I understand that under applicable law, I may be referred to as a "leased" employee.)

In consideration of my hiring by ENGAGE, I acknowledge and agree to the following: I understand and agree that: (i) I am an **AT-WILL** employee and no contract of employment exists between me and Mission Health, or between ENGAGE and me, and ENGAGE has no liability with regard to any employment agreement, now and in the future; (ii) any employment agreement between me and Mission Health will not be effective unless it is in a writing signed by me and the appropriate member of Mission Health's management; in no event, however, will such an agreement between me and Mission Health be binding on ENGAGE; (iii) either ENGAGE, Mission Health, or I may terminate our co-employment relationship at any time, with or without notice and with or without cause, as I am an at-will employee; and (iv) continued employment with Mission Health is an essential requirement for employment with ENGAGE, and that if my employment with Mission Health ends, my employment with ENGAGE will also immediately end at that time. As further consideration for my hiring by ENGAGE, I agree that I will settle any and all previously unasserted claims, disputes or controversies arising out of or relating to my application/consideration for employment, employment and/or separation from employment, **exclusively by final and binding arbitration** before a neutral Arbitrator; this does not preclude use of the EEOC or similar state agency administrative procedure. By way of example only, such claims include claims under federal, state and local statutory or common law, such as those prohibiting employment discrimination/harassment/retaliation, wage and hour laws, the law of contract and the law of torts.

I understand and agree that all of my compensation for work done for Mission Health must be paid by ENGAGE. If I accept compensation from any source other than ENGAGE for work performed for Mission Health without ENGAGE's written consent, I understand and agree that my co-employment with ENGAGE will be automatically and immediately terminated. I understand and agree that ENGAGE has no obligation to pay me any other compensation or benefit unless ENGAGE has specifically, in a written agreement with me, adopted Mission Health's obligation to pay me such compensation or benefit. I understand that Mission Health at all times remains obligated to pay me my regular hourly rate of pay (including overtime) if I am a non-exempt employee and to pay me my full salary if I am an exempt employee even if ENGAGE is not paid by Mission Health. I understand and agree that ENGAGE does not assume responsibility for payment of bonuses, commissions, severance pay, deferred compensation, profit sharing, vacation, sick, or other paid time off pay, or for any other payment or compensation, where payment for such items or services has not been received by ENGAGE from Mission Health. I understand that the first ninety (90) days of employment are an introductory period.

In recognition of the fact that any work related injuries that might be sustained by me are covered by state workers' compensation statutes, and to avoid the circumvention of such state statutes that may result from suits against the customers or clients of ENGAGE or against ENGAGE based on the same injury or injuries, and to the extent permitted by law, **I hereby waive and forever release any rights I may have** to make claims or bring suit against any client or customer of ENGAGE and against ENGAGE for damages based upon injuries that are covered under such workers' compensation statutes. I also agree to comply with any drug testing policy that ENGAGE and/or Mission Health may adopt, and I specifically agree to and give my authority to allow post-accident drug testing in any situation where it is allowed by law.

I agree to abide by all anti-discrimination and anti-harassment policies. In addition, I also agree that if at any time during the application process and during my employment I am subjected to any type of discrimination, including, without limitation, discrimination because of race, sex, pregnancy, age, genetic information, religion, color, retaliation, national origin, citizenship, handicap, disability, veteran or military status, marital status, or any other

NGAGE 

status protected by applicable law, or if I am subjected to any type of harassment, including without limitation, sexual harassment, or if I am subjected to any type of retaliation, I will immediately contact an appropriate member of management of Mission Health. In most instances, this appropriate person will be your Administrator. Should I choose not to contact my Administrator for any reason, I may contact ENGAGE's human resources department at **1-888-780-8807** in order to obtain assistance in the resolution of such matters. I understand and agree that ENGAGE does not have actual control over my workplace and, as such, is not in a position to end or remediate any discrimination, harassment, or retaliation which may be occurring; however, ENGAGE will attempt to facilitate a resolution.

I have read and acknowledge all of the above statements contained in this document. My signature below certifies that I understand that the foregoing statement on employment at-will status is the sole and entire understanding between me and Mission Health and me and ENGAGE PEO concerning the duration of my employment and the circumstances under which my employment may be terminated.

The acknowledgments and agreements contained herein shall serve as an addendum to the Employee Handbook I previously received. I understand that, except for the employment at-will policy, which shall remain in force and effect unless changed in a writing signed by me and Engage's CEO, the policies and procedures contained in the Handbook may change at any time, and the Handbook does not guarantee me any specific policies, procedures, rules or length of employment. All references to policies and procedures are discretionary guidelines and are subject to change from time to time. However, I understand that, as a condition of my employment, I will comply with all policies, procedures and rules that are then in force and effect.

I acknowledge and agree to abide by the foregoing regarding my employment with Mission Health and Engage PEO.

_Rebecca Shewer_  9/11/2018
Worksite Employee Signature    Date