IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA GREEN, Individually and on behalf of herself and other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>MISSION HEALTH COMMUNITIES, LLC, a Florida Limited Liability Company, and DICKSON OPERATOR, LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 3:20-cv-00439<br>Judge Aleta A. Trauger |

## ORDER

Now before the court is the Motion to Compel Arbitration, or Alternatively to Dismiss for Failure to State a Claim (Doc. No. 12), filed jointly by defendants Mission Health Communities, LLC and Dickson Operator, LLC. For the reasons set forth in the accompanying Memorandum, the motion is **GRANTED IN PART** and **DENIED IN PART**. Specifically, that portion of the motion seeking an order compelling arbitration and dismissing the case without prejudice is **GRANTED**. Pursuant to § 4 of the Federal Arbitration Act, 9 U.S.C. § 4, the parties are **DIRECTED** to proceed to arbitration in accordance with the terms of the arbitration agreements. This case is **DISMISSED WITHOUT PREJUDICE**.

That portion of the motion seeking dismissal of the case with prejudice under Rule 12(b)(6) is **DENIED AS MOOT**.

The Clerk shall strike this matter from the active docket.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge